150 So. 919
Lera COTTER et al. v. Lilla HOLLIS, Adm'x.
4 Div. 690.

Supreme Court of Alabama.
Nov. 9, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

149 So. 921
Tom DENTON v. STATE.
6 Div. 443.

Supreme Court of Alabama.
Oct. 5, 1933.

PER CURIAM.
Appeal dismissed by appellant.

148 So. 912
R. B. DUNCAN v. J. P. BURCHFIELD et al.
6 Div. 327.

Supreme Court of Alabama.
May 4, 1933.

PER CURIAM.
Appeal dismissed by appellant.

148 So. 912
Green ETHEREDGE v. Thos. G.
ETHEREDGE.
8 Div. 469.

Supreme Court of Alabama.
May 18, 1933.

Wm. L. Chenault, of Russellville, for appellant.
E. W. Godbey, of Decatur, for appellee.

GARDNER, Justice.
This case is ruled by that of Green Etheredge v. Elihu Etheredge et al., present term, 226 Ala. 618, 148 So. 114, and is due to be affirmed upon that authority.
Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

150 So. 919
Oscar FISCHER v. Ernest GALIN, Trustee, etc.
6 Div. 344.

Supreme Court of Alabama.
Nov. 16, 1933.

PER CURIAM.
Appeal dismissed by appellant.

148 So. 912
FIVE POINTS BUILDING CO. et al. v.
BAGBY ELEVATOR & ELECTRIC
CO.
6 Div. 81.

Supreme Court of Alabama.
May 25, 1933.

PER CURIAM.
Appeal dismissed.

150 So. 919
A. M. GOLDBERG v. A. Leo OBERDORFER.
B. RANDMAN v. A. Leo OBERDORFER.

6 Div. 449; 6 Div. 449-A.

Supreme Court of Alabama.
Nov. 23, 1933.

PER CURIAM.
Appeals dismissed without prejudice on motion of appellants.